IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TAVIA TRAMMEL MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:20cv82-MHT |
| | ) | (WO) |
| SILAS D. LEE, an individual; et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Silas L. Lee and Rafter L. Farms's motion for summary judgment (Doc. 17) is granted.

(2) Judgment is entered in favor of the defendants Lee and Rafter L. Farms and against plaintiff Tavia Trammel Martin, with plaintiff Martin taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Martin, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and remains pending on plaintiff Martin's claims against defendant Lyndon Southern Insurance Company.

DONE, this the 1st day of October, 2021.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**