IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TAVIA TRAMMEL MARTIN,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>SILAS D. LEE, an  )<br>individual; et al.,  )<br>  )<br>    Defendants.  ) | CIVIL ACTION NO.<br>2:20cv82-MHT<br>(WO) |

### ORDER

The complaint in this case was filed on January 20, 2020, and plaintiff has not served defendant Lyndon Southern Insurance Company or taken any other action to pursue his claims against this defendant.  The court has authority to dismiss a case for abandonment of claims or failure to prosecute.  *See, e.g., Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted.").

***

Accordingly, it is ORDERED that plaintiff show cause on or before October 15, 2021, as to why his claims against defendant Lyndon Southern Insurance Company should not be dismissed with prejudice for failure to prosecute or abandonment.

Plaintiff is warned that if he does not respond, the claims will be dismissed with prejudice.

DONE, this the 1st day of October, 2021.

                                              /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**