IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TAVIA TRAMMEL MARTIN,      )<br>                            )<br>    Plaintiff,            )<br>                            )<br>    v.                      )<br>                            )<br>LYNDON SOUTHERN INSURANCE   )<br>COMPANY,                    )<br>                            )<br>    Defendant.              ) | CIVIL ACTION NO.<br>   2:20cv82-MHT<br>       (WO) |

OPINION

By order entered on October 1, 2021, this court required the plaintiff Tavia Trammel Martin "show cause on or before October 15, 2021, as to why his claim against defendant Lyndon Southern Insurance Company should not be dismissed with prejudice for failure to prosecute or abandonment." Order (Doc. 26) at 2. The court further cautioned that Martin "is warned that if he does not respond, the claims will be dismissed with prejudice." *Id*.

Martin has not responded within the time allowed. Accordingly, the court will enter an appropriate

judgment dismissing this case as to Lyndon Southern Insurance Company with prejudice.

DONE, this the 18th day of October, 2021.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**